# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KELLY A. LANDAU,

    Plaintiff,

v.

UNITED STATES GOVERNMENT, *et al.*,

    Defendants.

Case No. C18-0290RSM

ORDER TO SHOW CAUSE

On February 27, 2018, *pro se* Plaintiff Kelly Landau filed a Complaint against the United States and numerous current and former government officials, as well as against several non-governmental individuals. Dkt. #3. Plaintiff has been granted leave to proceed *in forma pauperis*. Dkt. #2. Summons have not been issued.

In her 61-page Complaint, which appears to actually be two combined Complaints, Plaintiff raises numerous allegations of violations of federal statutes all appearing to be based on her belief that the government has been secretly surveilling her through a microchip implanted in her tooth and through surveillance equipment installed on or in her various homes. *See* Dkt. #3. It is not clear from the Complaint how each individual Defendant is alleged to be involved, but Plaintiff appears to assert that they are all acting in concert as "the United States Government." *Id.* Plaintiff alleges a host of injuries as a result.

Pursuant to 28 U.S.C. §1915(e)(2)(B) the Court shall dismiss an action if at any time it determines that the action is frivolous or malicious; fails to state a claim on which relief may be

ORDER TO SHOW CAUSE
PAGE - 1

granted; or seeks monetary relief against a defendant who is immune from such relief. After a review of the Complaint in this matter, the Court believes that Plaintiff's action falls within one or more of these categories.

Accordingly, Plaintiff shall SHOW CAUSE **no later than fourteen (14) days from the date of this Order** why this case should not be dismissed. The failure to timely respond to this Order will result in the immediate dismissal of this action.

The Clerk shall send a copy of this Order via U.S. Mail to Plaintiff at the address contained on the Court's docket.

DATED this 28 day of February, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE