# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KELLY A. LANDAU,

   Plaintiff,

v.

UNITED STATES GOVERNMENT, *et al.*,

   Defendants.

Case No. C18-0290RSM

ORDER OF DISMISSAL

On February 27, 2018, *pro se* Plaintiff Kelly Landau filed a Complaint against the United States and numerous current and former government officials, as well as against several non-governmental individuals. Dkt. #3. Plaintiff has been granted leave to proceed *in forma pauperis*. Dkt. #2. Summons have not been issued.

In her 61-page Complaint, which appears to actually be two combined Complaints, Plaintiff raises numerous allegations of violations of federal statutes all appearing to be based on her belief that the government has been secretly surveilling her through a microchip implanted in her tooth and through surveillance equipment installed on or in her various homes. *See* Dkt. #3. It is not clear from the Complaint how each individual Defendant is alleged to be involved, but Plaintiff appears to assert that they are all acting in concert as "the United States Government." *Id.* Plaintiff alleges a host of injuries as a result.

Accordingly, on February 28, 2018, this Court directed to Plaintiff to show cause why her complaint should not be dismissed as frivolous or malicious, as failing to state a claim on

ORDER OF DISMISSAL
PAGE - 1

which relief may be granted, or for seeking monetary relief against a defendant who is immune from such relief. Dkt. #4. In response, Plaintiff filed three documents: 1) an "article" about mind control that appears to have been written by Plaintiff (Dkt. #5); 2) a 100-page "article" about mind control written by a "Deb Chakraborty"; and 3) a "resolution" and letter written by Plaintiff regarding "COINTELPRO" (Dkt. #7).

Pursuant to 28 U.S.C. §1915(e)(2)(B) the Court shall dismiss an action if at any time it determines that the action is frivolous or malicious; fails to state a claim on which relief may be granted; or seeks monetary relief against a defendant who is immune from such relief. After a review of the Complaint in this matter, along with Plaintiff's responses to the Order to Show Cause, the Court believes that Plaintiff's action falls within all of these categories. Nothing in Plaintiff's responses demonstrate a federal cause of action or describe any specific acts by the named Defendants.

Accordingly, Plaintiff's claims are DISMISSED, and this case is now CLOSED.

The Clerk shall send a copy of this Order via U.S. Mail to Plaintiff at the address contained on the Court's docket.

DATED this 20 day of March, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE - 2